# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA BARTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>SOUTHEAST RESTAURANTS CORP.,<br><br>  Defendant. | )<br>)<br>)<br>) Civil Action No.<br>) 3:22-cv-00016-TCB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

NOW, having considered the Parties' Joint Motion to Stay and to Compel Individual Arbitration, made pursuant to the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"), the Court grants the Motion.

**IT IS HEREBY ORDERED:**

1. Plaintiff, Pamela Bartel's ("Plaintiff"), claims in this action are subject to a binding and enforceable arbitration agreement, entered into pursuant to the FAA.

2. Pursuant to Section 4 of the FAA, and the express terms of the arbitration agreement between the Parties, Plaintiff's claims are hereby **COMPELLED** to individual arbitration for resolution pursuant to the terms of the

Parties' arbitration agreement.  Plaintiff shall not be permitted to bring her claims in arbitration on a class or collective action basis.

3. This action shall be **STAYED** pending the outcome of arbitration.

4. To the extent the parties reach a resolution in arbitration, the parties are ordered to move this Court for approval of any settlement.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2022.

_____
Honorable Timothy C. Batten, Sr.
United States District Judge