UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| PAMELA BARTEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUTHEAST RESTAURANTS CORP.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Civ. No. 3:22-cv-00016-TCB<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion for Settlement Approval and Dismissal of this Action with Prejudice ("Joint Motion"). This Court has considered the Joint Motion, the pleadings, other filings in this matter, and the positions of counsel. This Court makes the following findings:

1. Plaintiff Pamela Bartel ("Plaintiff") alleges that Defendant under-reimbursed her vehicle expenses, resulting in a violation of the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*.

2. Defendant Southeast Restaurants Corp. ("Defendant") denies that it violated the FLSA and alleges that its vehicle reimbursement policies were made in good faith reliance upon interpretations of the FLSA by the United States Department of Labor Wage & Hour Division, and other authorities.

3. A *bona fide* dispute therefore exists between the Parties as to liability and the amount of damages, if any, due to Plaintiff.

4.  The Parties are each represented before the Court by counsel and have agreed to a settlement and compromise of all claims between them.

5.  Upon review, the Court finds that the FLSA Settlement Agreement attached as Exhibit A to the Joint Motion is fair to both Parties and merits the approval of this Court.

6.  The executed FLSA Settlement Agreement disposes of the dispute and all claims and causes of action between the Parties in this case.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Settlement Approval and Dismissal of this Action with Prejudice is **GRANTED** and the settlement between them set forth in the FLSA Settlement Agreement is **APPROVED**.

**IT IS FURTHER ORDERED** that this matter is hereby DISMISSED with prejudice.

IT IS SO **ORDERED**, this 23rd day of Aug., 2022.

_____
Honorable Timothy C. Batten, Sr.
United States District Judge